CHARLES H. ADAIR
ATTORNEY AT LAW
533 F STREET, STE. 212
SAN DIEGO, CA 92101
619/233-3161
STATE BAR NUMBER: 52163

ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 07CR1265-L |
| Plaintiff, | |
| vs. | EX-PARTE APPLICATION FOR APPROVAL OF EXTRAORDINARY INVESTIGATOR FEES AND ORDER THEREON |
| JANICE BAGNAS, | |
| Defendant | |

CHARLES H. ADAIR hereby declares:

I am the attorney appointed under the Criminal Justice Act to represent Ms. Bagnas in the above-entitled case.

The investigator had to interview the defendant concerning possible mitigating circumstances, as well as to contact family and friends in Los Angeles and Northern California. The defendant requested that her property be recovered from U.S. Customs and mailed to her home. Mitigation letters were solicited from friends and the investigator reviewed the PSR with the defendant.

For the above stated reasons, we request that extraordinary investigative expenses in the additional sum of $220.00 for 4 hours at $55 per hour be approved for investigator Alejandra Espinal.

Dated: 8/30/07

_____
CHARLES H. ADAIR,
Attorney for Defendant

ORDER

IT IS HEREBY ORDERED that the investigative fees on Defendant Bagnas are approved for additional amount of $220.00 to be paid for under the Criminal Justice Act, and to be disbursed to Investigator Alejandra Espinal.

Dated: 9/21/07

_____
JUDGE, U.S. DISTRICT COURT